PROB 12B
(12/00)

**Name of Offender:** Nicholas Rovinski        **Case Number**: 1:23-cr-00067-LDA-JJM

## PETITIONING THE COURT

**X**  To modify the conditions of supervision as follows:

**The defendant must not use, possess, procure, or otherwise obtain any electronic device that can be linked to any computer networks, bulletin boards, internet service providers, or exchange formats involving computers unless preapproved by the probation officer. The defendant shall not use any software program or device designed to hide, alter, or delete records/logs of his computer use, Internet activities, or files stored on his assigned computer(s) and phone(s). This includes the use of encryption and use of private browsing modes.**

**The defendant shall permit the probation officer, who may be accompanied by either local, state, or federal law enforcement authorities, upon reasonable suspicion of a violation of supervision, to conduct a search of the defendant's residence, automobile, workplace, computer, and other electronic communication or data storage devices or media.**

**The defendant shall pay all or part of the cost of monitoring based on ability to pay as determined by the probation officer.**

**The Court Orders:**

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Honorable John J. McConnell, Jr.
Chief U.S. District Judge

  10/28/2024
_____
Date